ACCEPTED
06-14-00216-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
2/24/2015 2:51:42 PM
DEBBIE AUTREY
CLERK

NO. 06-14-00216-CR
TRIAL NO. 43975-B

| | | |
|---|---|---|
| PHYLLIS GWEN PRUITT | § | IN THE COURT OF APPEALS |
| VS. | § | 6TH APPELLATE DISTRICT |
| STATE OF TEXAS | § | STATE OF TEXAS |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
2/24/2015 2:51:42 PM
DEBBIE AUTREY
Clerk

## APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE JUDGE OF SAID COURT

Now comes Kyle Dansby, attorney for Appellant Phyllis Gwen Pruitt and files this Motion for Extension of Time to File Brief of this cause in the filing of the appeal due February 23, 2-15 and shows the following:

1.  This motion is filed in accordance with the Texas Rules of Appellate Procedure.

2.  Attorney Kyle Dansby files this motion for request of a one day extension to file Appellant's brief.

3.  Major inclement weather all over the Northeast Texas area forced the closing of Appellant's attorney's office early. At the time of the closing of the office attorney was in the process of completing the *Anders* brief for Appellant, along with the requisite Motion to Withdraw as Appellate Counsel and letter to Appellant, along with copies of the entire appellate record. Attorney attempted to file the brief from home before 5PM yesterday, but attorney does not have conversion software on his home computer, and could not efile a Word document.

4.  Attorney requests a one-time one day extension so that attorney's *Anders* brief will be properly filed, and that Appellant is not harmed due to major inclement weather.

5.  This is attorney's first, and only, request for an extension.

6.  This motion is not made for purposes of delay but so that justice may be done.

WHEREFORE premises considered, the Defendant respectfully requests that this, the Motion for Extension of Time to File Brief, be granted.

Respectfully Submitted

BY: _____
Kyle Dansby
Attorney at Law
P.O. Box 1914
Marshall, TX 75671
(903) 738-6162
(888) 410-1583 (fax)
kdansbylaw@gmail.com
SBN: 24059180

BEFORE ME, the undersigned authority, on this day personally appeared Kyle Dansby, who, being duly sworn, upon his oath stated that he is the person who subscribed his name to the above and foregoing instrument, and that the matters stated herein are, to the best of his information and belief, true and correct.

SWORN TO AND SUBSCRIBED BEFORE ME on this the 24th day of February 2014.

PATRICIA L. YOUNT
Notary Public, State of Texas
My Commission Expires
May 05, 2016

_____
NOTARY PUBLIC, STATE OF TEXAS

## CERTIFICATE OF SERVICE

I, Kyle Dansby, attorney for Appellant, hereby certify that a true and correct copy of this motion was delivered to the Gregg County Criminal District Attorney's Office, via email to Zan Brown, appellate counsel for Appellee.



Kyle Dansby
Attorney for Appellant